**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Julio Cesar VALLADARES,**
**Defendant–Appellant.**

**No. 05–20917**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern Dis-

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael L. Herman, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Julio Cesar Valladares was convicted of conspiracy and harboring illegal aliens for private financial gain and sentenced to serve 18 months in prison and a three-year term of supervised release. Valladares argues on appeal that the district court erred by denying his request for an adjustment to his sentence based on his allegedly minor role in the offense.

Valladares contends that he was significantly less culpable than other participants in the underlying offense and that he should have received a corresponding reduction to his sentence. The district court's conclusion that Valladares was not entitled to this adjustment is plausible in light of the record as a whole. *See United States v. Villanueva,* 408 F.3d 193, 203 & n. 9 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 268, 163 L.Ed.2d 241 (2005).

Valladares has shown no error in the district court's judgment. Consequently, that judgment is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.